FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00532-CV

**FRANKLIN ADVISERS, INC.**, on behalf of certain investment funds managed by it; Oz Management LP, on behalf of certain investment funds managed by it, Oz Management II LP, on behalf of certain investment funds managed by it; and Benefit Street Partners, LLC,
Appellants

v.

**IHEARTCOMMUNICATIONS INC.**, f/k/a Clear Channel Communication, Inc.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-04006
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellants' unopposed verified motion in support of Bruce S. Bennett's motion to appear pro hac vice is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court